■ JOSEPH COLPANI et al., Respondents, v PREVOR MARKETING INTERNATIONAL, Appellant, et al., Defendants. [655 NYS2d 987] —In a negligence action to recover damages for personal injuries, etc., the defendant Prevor Marketing International appeals from an order of the Supreme Court, Kings County (Kramer, J.), dated July 19, 1996, which denied its motion for summary judgment dismissing the complaint insofar as asserted against it.

Ordered that the order is affirmed, without costs or disbursements.

There exist triable issues of fact with respect to the liability of the defendant Prevor Marketing International *(see, Start v Sugarcreek Stores,* 234 AD2d 933; *Farrell v McIntosh,* 221 AD2d 312; *Detone v Bullit Courier Serv.,* 140 AD2d 278). Rosenblatt, J. P., Copertino, Krausman and Florio, JJ., concur.

■ ROBERT B. FASANO, Appellant, v NANCY E. FASANO, Respondent. [655 NYS2d 987] —In a matrimonial action, the plaintiff appeals, as limited by his brief, from so much of a judgment of divorce of the Supreme Court, Queens County (Durante, J.), dated March 22, 1996, as awarded the defendant attorney's fees in the amount of $9,000.

Ordered that the judgment is affirmed insofar as appealed from, with costs.

Notwithstanding the plaintiff's general and conclusory assertions of impropriety on the part of the defendant's counsel, his own former counsel, and the court, under the circumstances of this case the trial court here properly exercised its discretion in awarding counsel fees to the defendant *(see,* Domestic Relations Law § 238). Pizzuto, J. P., Altman, McGinity and Luciano, JJ., concur.